IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TINA M. EQUELS,

     Plaintiff,                         No. CIV S-04-1567 FCD KJM P

     vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

     Defendants.                FINDINGS & RECOMMENDATIONS

        By order filed August 5, 2004, plaintiff was given leave to file an amended civil action and application to proceed in forma pauperis or pay the application filing fee. Plaintiff has not responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

/////

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED: June 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

eque1567.fta

2